BRETT L. TOLMAN, United States Attorney (#8821)
AMY J. OLIVER, Assistant United States Attorney (#8785)
Attorneys for the United States of America
185 South State Street, Suite #400
Salt Lake City, Utah  84111
Telephone: (801) 524-5682
amy.oliver@usdoj.gov

_____

IN THE UNITED STATES DISTRICT COURT, DISTRICT OF UTAH

CENTRAL DIVISION

_____

| | | |
|---|---|---|
| EMILY HALL BLODGET, | : | Civil No.  2:06 CV 00565 DAK |
| Plaintiff, | : | |
| vs. | : | **MOTION IN LIMINE TO EXCLUDE EXPERT TESTIMONY** |
| UNITED STATES OF AMERICA, | : | |
| Defendant. | : | Hon. Dale A. Kimball |

_____

Defendant United States of America ("United States") submits this motion in limine to exclude from trial any expert testimony.

For the reasons stated in the United States' Memorandum in Support of its Motion in Limine to Exclude Expert Testimony, any such testimony is precluded from trial pursuant to Federal Rule of Civil Procedure 37(c)(1) because Plaintiff failed to comply with Federal Rule of Civil Procedure 26(a)(2).  Accordingly, this Court should exclude from trial any expert testimony.

DATED this 7th day of April, 2008.

        BRETT L. TOLMAN
        United States Attorney


        /s/ Amy J. Oliver
        _____
        AMY J. OLIVER
        Assistant United States Attorney

OF COUNSEL:

Ellen Kelly
Attorney-National Tort Center
United States Postal Service
P.O. Box 66640
St. Louis, MO 63166-6640

CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that I am an employee of the United States Attorney's Office, and that a copy of the foregoing MOTION IN LIMINE was mailed postage prepaid, delivered through interoffice mail or electronically filed to all parties named below, this 7th day of April, 2008.

    Daniel F. Berch
    BERTCH ROBSON ATTORNEYS
    1996 East 6400 South, Suite 100
    Salt Lake City, UT 84121

                                        /s/ Brooke Wallace